# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

JOSEPH JORDAN,               :

         Petitioner,       :       Case No. 1:15-cv-773

   - vs -                    :       District Judge Susan J. Dlott
                                      Magistrate Judge Michael R. Merz

WARDEN Chillicothe Correctional    :
Institution,

                              :

         Respondent.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No. 11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

February _7_, 2017.

                          s/Susan J. Dlott
                           Susan J. Dlott
                           United States District Judge